UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDONA GRZEGOREK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br><br>　　　　Defendant. | Case No. 18-cv-04789-JD<br><br>**JUDGMENT** |

　　　　Pursuant to the summary judgment order filed on February 10, 2020, Dkt. No. 22, judgment is entered in favor of plaintiff and against defendant. Fed. R. Civ. P. 58.

**IT IS SO ORDERED.**

Dated: February 10, 2020

_____
JAMES DONATO
United States District Judge